UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————— x
United States of America,

                    Plaintiff,

-against-

                                                   Case No. 7:17-mj-648

Nicholas S. Rodriguez

                    Defendant.

———————————————————————— x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby Dismissed.

                                                          SO ORDERED.

                                                          Hon. Martin R. Goldberg
                                                          United States Magistrate Judge

Dated: <u>26th day of August, 2022</u>
           Poughkeepsie, New York